No. 93–6776.  HICKS *v.* BALTIMORE GAS & ELECTRIC CO., 510 U. S. 1059; and

No. 93–7396.  LAAN *v.* CALIFORNIA, 510 U. S. 1167.  Motions for leave to file petitions for rehearing denied.

MAY 18, 1994

No. 93–1170.  UNITED STATES ET AL. *v.* NATIONAL TREASURY EMPLOYEES UNION ET AL.  C. A. D. C. Cir.  [Certiorari granted, *ante,* p. 1029.]  Writ of certiorari as to Thomas C. Fishell dismissed under this Court's Rule 46.1.

MAY 23, 1994

No. 93–8684.  ROYAL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari dismissed under this Court's Rule 46.  Reported below: 16 F. 3d 413.